UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CLEON CLARK,

                Plaintiff,                                **PROPOSED ORDER TO PRODUCE**

        -against-                                    23-CV-3271 (NSR)(VR)

HUTCHISON, et al.

                Defendants.
------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that pursuant to the Order of United States Magistrate Judge Victoria Reznik, **PLAINTIFF CLEON CLARK**, (ID No. 167285) at Westchester County Jail, 10 Woods Road, Valhalla, NY 10595, is hereby **ORDERED** to be produced in a room in the Westchester County Jail that can accommodate his requirement to appear telephonically for a status conference on May 30, 2024 at 11:30 am. **PLAINTIFF CLEON CLARK** is to dial in to the ATT conference line at 877-336-1839, enter access code 5999739, and then # to enter the conference.

      **PLAINTIFF CLEON CLARK** (ID No. 167285) is hereby **ORDERED** to be produced *via* telephone on May 30, 2024 at 11:30 am.

SO ORDERED:

_____
HON. VICTORIA REZNIK, U.S.M.J.

Dated: White Plains, New York
        May 17, 2024