UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CLEON CLARK,

                    Plaintiff,                          **ORDER TO
PRODUCE**

        -against-                        **23-CV-3271 (NSR)(VR)**


HUTCHINSON, et al.

                   Defendants.
-------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that pursuant to the Order of United States Magistrate Judge Victoria Reznik, **PLAINTIFF CLEON CLARK**, (ID No.372381) at The Hudson County Correctional Center, 35 Hackensack Ave, Kearny, NJ 07032, is hereby **ORDERED** to be produced in a room in the Hudson County Correctional Center that can accommodate his requirement to appear telephonically for a status conference on August 20th at 11:00 am. **PLAINTIFF CLEON CLARK** is to dial in to the ATT conference line at 877-336-1839, enter access code 5999739, and then # to enter the conference.

      **PLAINTIFF CLEON CLARK** (ID No. 372381) is hereby **ORDERED** to be produced *via* telephone on August 20, 2024 at 11:00 am.


SO ORDERED:

_____
HON. VICTORIA REZNIK, U.S.M.J.

Dated: White Plains, New York
        August 9, 2024