UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X
CLEON CLARK,

                      Plaintiff,

   -against-

HUTCHISON; MARTINEZ; CITY OF
MOUNT VERNON,

                    Defendants.
----------------------------------------------------X

23-CV-3271 (NSR)(VR)

**ORDER TO PRODUCE FOR DEPOSITION**

**PLEASE TAKE NOTICE** that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Defendants will take the video recorded oral deposition of plaintiff **CLEON CLARK**, ID No. 372381, at Hudson County Correctional Center, 35 Hackensack Avenue, Kearny, New Jersey 07032 beginning on the 5th day of September 2024, at 11:00 a.m., and continuing from day to day thereafter, or upon such adjourned date as may be agreed upon, until concluded. Pursuant to Rule 30(b)(3)(A) of the Federal Rules of Civil Procedure, the deposition will be recorded by stenographic and/or audiovisual means.

**PLAINTIFF CLEON CLARK,** ID No. 372381, is hereby **ORDERED** to be produced in a room that can accommodate the video link of the stenography company for his oral and videotaped deposition at Hudson County Correctional Center on the 5th day of September 2024, at 11:00 a.m., and on any such adjourned dates agreed to by the parties, if necessary.

SO ORDERED:

_____
HON. VICTORIA REZNIK, U.S.M.J.

Dated: August 23, 2024
White Plains, New York