UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CLEON CLARK,

                Plaintiff,                              **ORDER TO PRODUCE**

                                                              **23-CV-3271 (NSR)(VR)**

      -against-

HUTCHINSON, et al.

                Defendants.
---------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that pursuant to the Order of United States Magistrate Judge Victoria Reznik, **PLAINTIFF CLEON CLARK**, (ID No.372381) at The Hudson County Correctional Center, 35 Hackensack Ave, Kearny, NJ 07032, is hereby **ORDERED** to be produced in a room in the Hudson County Correctional Center that can accommodate his requirement to appear telephonically for a status conference on September 24 at 11:00 am. **PLAINTIFF CLEON CLARK** is to dial in to the ATT conference line at 877-336-1839, enter access code 5999739, and then # to enter the conference.

      **PLAINTIFF CLEON CLARK** (ID No. 372381) is hereby **ORDERED** to be produced *via* telephone on September 24, 2024 at 11:00 am.

                                                                            SO ORDERED:

                                                                        HON. VICTORIA REZNIK, U.S.M.J.

Dated: White Plains, New York
         September 23, 2024