UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CLEON CLARK,

                Plaintiff,               **ORDER TO PRODUCE**

                                              **23-CV-3271 (NSR)(VR)**

   -against-

HUTCHINSON, et al.

                Defendants.
----------------------------------------------------------------X

     **PLEASE TAKE NOTICE** that pursuant to the Order of United States Magistrate Judge Victoria Reznik, **PLAINTIFF CLEON CLARK**, (ID No.372381) at The Hudson County Correctional Center, 35 Hackensack Ave, Kearny, NJ 07032, is hereby **ORDERED** to be produced in a room in the Hudson County Correctional Center that can accommodate his requirement to appear telephonically for a status conference on October 31, 2024 at 11:30 am. **PLAINTIFF CLEON CLARK** is to dial in to the ATT conference line at 877-336-1839, enter access code 5999739, and then # to enter the conference.

     **PLAINTIFF CLEON CLARK** (ID No. 372381) is hereby **ORDERED** to be produced *via* telephone on October 31, 2024 at 11:30 am.

                                                      SO ORDERED:

                                                      */s/ Victoria Reznik*
                                                      HON. VICTORIA REZNIK, U.S.M.J.

Dated: White Plains, New York
        October 16, 2024