

**399 KNOLLWOOD ROAD, SUITE 220**
**WHITE PLAINS, NEW YORK 10603**
Tel: 914.997.0555
Fax: 914.997.0550

_____

October 24, 2024

*Via ECF*
United States Magistrate Judge Victora Reznik
United States District Court
Southern District of New York
300 Quarropas St., Courtroom 420
White Plains, NY 10601-4150

# MEMO ENDORSED

Re:   *Clark v. Hutchison, et al*., 23-cv-3271 (NSR)(VR)

Dear Judge Reznik,

As the Court is aware, the undersigned and The Quinn Law Firm, PLLC, represent Defendants in the above-referenced action.

The undersigned writes to respectfully request that the time of the teleconference scheduled on October 31, 2024 at 11:30 AM be changed, if possible. Our office notified Hudson County Department of Corrections, the facility in which Plaintiff currently resides, of the conference and served them with the Order to Produce (Dkt. No.70). The facility then asked our office if the conference could be held at 10:30 AM or 11:00 AM instead of 11:30 AM to accommodate their scheduling. Accordingly, and if convenient for the Court, we are requesting that the conference be rescheduled for 10:30 AM or 11:00 AM on October 31, 2024, or another date convenient for the Court.

Thank you for your time and consideration of this matter.

The conference is adjourned to November 7, 2024 at 10:30 am.

SO ORDERED.
*Hon. Victoria Reznik, U.S.M.J.*

Dated: October 24, 2024

Respectfully submitted,

*Marykate Acquisto*

Marykate Acquisto, Esq.
The Quinn Law Firm, PLLC

Cc:   *Via Certified Mail*
      Mr. Cleon Clark, Pro Se Plaintiff (ID #372381)
      Hudson County Department of Corrections & Rehabilitation
      35 Hackensack Ave
      Kearny, NJ 07032