

**399 KNOLLWOOD ROAD, SUITE 220**
**WHITE PLAINS, NEW YORK 10603**
Tel: 914.997.0555
Fax: 914.997.0550

October 30, 2024

*Via ECF*
United States Magistrate Judge Victora Reznik
United States District Court
Southern District of New York
300 Quarropas St., Courtroom 420
White Plains, NY 10601-4150



Re:   *Clark v. Hutchison, et al.*, 23-cv-3271 (NSR)(VR)

Dear Judge Reznik,

As the Court is aware, the undersigned and The Quinn Law Firm, PLLC, represent Defendants in the above-referenced action.

The Court graciously accommodated our request on behalf of the Hudson County Department of Corrections to move the October 31, 2024 status conference at 11:30 AM to November 7, 2024 at 10:30 AM.

We have since learned that Mr. Clark is scheduled to be sentenced on USA v. Clark, 22-cr-447 (KMK) on November 7, 2024, at 11:00 AM before Judge Kenneth M. Karas. In light of this, we are respectfully requesting that the conference be rescheduled to another date convenient to the court at either 10:30 AM or 11:00 AM. We apologize for the inconvenience. It does not appear that Mr. Clark has any other scheduled court appearances other than his sentencing on November 7, 2024.

Thank you for your time and consideration of this matter.

The request is GRANTED.
The conference is adjourned to
November 14, 2024 at 11 am.

Respectfully submitted,

*Marykate Acquisto*

APPLICATION GRANTED

Hon. Victoria Reznik, U.S.M.J.

Marykate Acquisto, Esq.
The Quinn Law Firm, PLLC

Dated: October 30, 2024

Cc:   *Via Certified Mail*
      Mr. Cleon Clark, Pro Se Plaintiff (ID #372381)
      Hudson County Department of Corrections & Rehabilitation
      35 Hackensack Ave
      Kearny, NJ 07032