

**399 KNOLLWOOD ROAD, SUITE 220**
**WHITE PLAINS, NEW YORK 10603**
Tel: 914.997.0555
Fax: 914.997.0550

**MEMO ENDORSED**

March 9, 2026

***Via ECF***
United States District Judge Nelson Roman
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

      Re:    *Clark v. Hutchison, et al.*, 23-cv-3271 (NSR)(VR)

Dear Judge Roman,

The undersigned and The Quinn Law Firm, PLLC, represent Defendants in the above-referenced action.

The Court recently issued its Opinion and Order on Defendants' motion for summary judgment dismissing all claims, except for one excessive force claim against Officer Martinez, and has scheduled a pretrial conference for April 9, 2026.  D.E. 107.  The parties have conferred and jointly request that the Court refer the case to the assigned Magistrate Judge, Hon. Victoria Reznik, for a settlement conference and adjourn the pretrial conference *sine die*.

Thank you for your time and consideration of this matter.

Respectfully submitted,

Marykate Quinn, Esq.
The Quinn Law Firm, PLLC

Cc:   *Via Certified Mail*
     Cleon Clark
     50 Myano Lane, Apt. 1
     Stamford, CT 06902

**The parties' joint request to adjourn the April 9, 2026 Pretrial Teleconf. *sine die* is GRANTED. The reference to Judge Reznik remains open and the parties are directed to contact her to schedule a settlement conf. The parties are further directed to provide this Court with a written status update of the case on or before May 8, 2026. Clerk of Court is requested to terminate the motion at ECF No. 108 and to mail a copy of this Endorsement to *pro se* Plaintiff at the address on ECF and to show service on the docket.**
**Dated: White Plains, NY**
**     March 10, 2026**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/10/2026